

Stamatios Stamoulis<br>stamoulis@swdelaw.com

**VIA CM/ECF AND HAND**

February 1, 2018

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Guada Technologies. LLC v. Gibson Brands, Inc.*,
              **Case No. 1:17-cv-01498-RGA**

Dear Judge Andrews:

After Gauda Technologies filed its Opposition to Defendant Gibson Brands, Inc.'s Motion to Dismiss and Brief (D.I. 12), the Court of Appeals for the Federal Circuit issued an opinion that supports Guada Technologies arguments. The opinion, *Core Wireless Licensing v. LG Elecs., Inc.*, 2018 U.S.App. LEXIS 1931 (Fed.Cir. Jan. 25, 2018), and is attached.

                                      Respectfully Submitted,

                                      Stamatios Stamoulis (#4606)
                                      of Stamoulis & Weinblatt LLC

                                      *Counsel for Plaintiff*